EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:  Américo Martínez Romero | 2013 TSPR 111  189 DPR ____ |
|---|---|

Número del Caso: TS-8545

Fecha: 9 de octubre de 2013

Por derecho Propio

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

   Américo Martínez Romero

              TS-8545


*RESOLUCIÓN*


En San Juan, Puerto Rico, a 9 de octubre de 2013.

Examinada la *Moción Urgente Solicitando Reinstalación* presentada por el peticionario, se autoriza la reinstalación del señor Martínez Romero al ejercicio de la abogacía, pero no así a la notaria. De igual forma, se le ordena contestar la Queja AB-2013-163 que tiene pendiente ante este Tribunal en un término improrrogable de cinco (5) días. Además, se le informa que se activarán todas las quejas y querellas que tiene pendiente ante este Tribunal.

Por otro lado, se le ordena a la Oficina de Inspección de Notarías expresarse en cuanto a la inspección de la obra notarial del señor Martínez Romero en un término de sesenta (60) días.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Hernández Denton disiente.


             Aida Ileana Oquendo Graulau
            Secretaria del Tribunal Supremo